**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

<table>
<tr><td>
Longitude Licensing Ltd., and<br>
Marlin Semiconductor Limited<br><br>
                  Plaintiffs,<br><br>
   v.<br><br>
Qualcomm Incorporated,<br><br>
                  Defendant.
</td><td>
Case No. 1:25-cv-1629-RP
</td></tr>
</table>

**JOINT NOTICE REGARDING
REDACTION OF SEALED ORDER (DKT. 87)**

2

Error! Unknown document property name.6281781

## JOINT NOTICE REGARDING

## REDACTION OF SEALED ORDER (DKT. 87)

On July 15, 2026, this Court entered a sealed Order granting Qualcomm Inc.'s Motion to Transfer Venue to the Southern District of California.  Dkt. 87 ("Order").  Defendant Qualcomm Inc. and Plaintiffs Longitude Licensing Ltd. and Marlin Semiconductor Limited submit this joint notice pursuant to the Court's instruction that the parties must identify any information in the sealed Order that the parties contend should be redacted before the Order is publicly filed. Defendant identifies below confidential information that it submits requires redaction and proposes that the attached copy of the Order, with proposed redactions, be filed publicly.  Defendant submits that these redactions are narrow, consistent with materials sealed in the pleadings, and are made to preserve non-public information.  Plaintiffs do not oppose Defendant's request for redactions and agrees that the attached Order, with Defendant's proposed redactions, may be filed publicly.

The proposed redactions, as in the attached order, are:

- Page 5; line 22

- Page 6; lines 1-2, 8-10

- Page 7; line 24

- Page 8; lines 1-4

/s/ *Matthew M. Werdegar*
Robert Van Nest (Pro hac vice)
Matthew M. Werdegar (Pro hac vice)
Eugene M. Paige (Pro hac vice)
Warren A. Braunig (Pro hac vice)
William S. Hicks (Pro hac vice)
Kristin E. Hucek (Pro hac vice)
Ryan M. Kent (Pro hac vice)
Luke P. Apfeld (Pro hac vice)
Alexandra Wheeler (Pro hac vice)
Lisa C. Lu (Pro hac vice)

/s/ *Peter F. Snell*
Michael T. Renaud (629783)
Adam Rizk (688305)
Michael McNamara (665885)
Matthew Karambelas (691034)
Paul Weinand (*Pro hac vice*)
Ryan A. Haddad (*Pro hac vice*)
Tianyi Tan (*Pro hac vice*)

**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**
One Financial Center

Error! Unknown document property name.6281781

**KEKER VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391 5400
Facsimile: (415) 397 7188

rvannest@keker.com
mwerdegar@keker.com
epaige@keker.com
wbraunig@keker.com
whicks@keker.com
khucek@keker.com
rkent@keker.com
lapfeld@keker.com
awheeler@keker.com
llu@keker.com

Deron R. Dacus
State Bar No.: 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
ddacus@dacusfirm.com


*Counsel for Defendant Qualcomm Incorporated*

Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
MTRenaud@mintz.com
ARizk@mintz.com
MMcNamara@mintz.com
MAKarambelas@mintz.com
rahaddad@mintz.com
PWeinand@mintz.com
TTan@mintz.com

Peter F. Snell (4474136)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, New York 10022
Tel: (212) 935-3000
Fax: (212) 983-3115
PFSnell@mintz.com

Reza Dokhanchy (Pro hac vice)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Tel: 858-314-1500
RDokhanchy@mintz.com


*Counsel for Plaintiffs*
*Longitude Licensing Ltd. and*
*Marlin Semiconductor Limited*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 22st day of July, 2026, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Matthew M. Werdegar
Atty Name

Error! Unknown document property name.6281781