UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGITUDE LICENSING LTD. AND MARLIN SEMICONDUCTOR LIMITED,<br>Plaintiffs,<br>v.<br>QUALCOMM INC.,<br>Defendants. | CASE NO.: 26-CV-4220-AGS-DDL<br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

At the case management conference on August 26, 2026, the Court asked the parties to address whether discovery should proceed in light of the parties' apparent dispute regarding the sufficiency of plaintiffs' infringement contentions as set forth in the Joint Discovery Plan (Dkt. No. 121). Plaintiffs advised that they served amended infringement contentions on August 24, and defendant responded it was reviewing the amended contentions but believed them to be insufficient. Resolution of the sufficiency of plaintiffs' infringement contentions is an important threshold issue because "[i]n patent cases, infringement contentions shape the conduct of discovery and trial preparation." *CAO Lighting, Inc. v. Feit Elec. Co., Inc.*, No. CV 20-4926-AB (SPX), 2021 WL 3376649, at *3 (C.D. Cal. June 2, 2021). "They act as forms of pleading that disclose the parties' theories of

their case and thereby shape discovery and the issues to be determined at trial." *Id.* (citation omitted). After considering the parties' respective positions, the Court concludes that prompt resolution of any issues concerning the sufficiency of plaintiffs' infringement contentions prior to discovery will promote the just and speedy determination of the case.

For the foregoing reasons, the Court orders as follows:

1. By not later than **September 4, 2026**, the parties must meet and confer pursuant to Judge Schopler's Chambers Rules regarding the sufficiency of plaintiffs' amended infringement contentions.

2. If the parties are unable to reach agreement regarding the sufficiency of plaintiffs' amended infringement contentions, the parties must jointly contact Judge Schopler's chambers to seek a hearing date for defendant's forthcoming motion to strike the contentions pursuant to Civil Local Rule 7.1.

3. The Court will issue a Case Management Order following a ruling on defendant's forthcoming motion to strike. No party shall serve written discovery or subpoenas pending further order of the Court.

**IT IS SO ORDERED.**

Dated: August 31, 2026

Hon. David D. Leshner
United States Magistrate Judge